## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, SS | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT |

JACE BOSTON, LLC and ARTHUR LEON, )
)
    *Plaintiffs,* )
)
v. )
)  C.A. No.: 2184cv01056
LANDMARK AMERICAN INSURANCE CO., )
AMERICAN SAFETY INDEMNITY CO., )
FIRST MERCURY INSURANCE CO., and )
NAVIGATORS SPECIALTY INSURANCE CO., )
)
    *Defendants.* )  E-FILED 7/1/2021
)
                                                              BL

## ENTRY OF APPEARANCE

NOTICE TO THE CLERK OF THE ABOVE-NAMED COURT:

    Barbara O'Donnell hereby enters her appearance as attorney for defendant, American Safety Indemnity Company, in this action.

                                                      Defendant
                                                      AMERICAN SAFETY INDEMNITY CO.

                                                      /s/ *Barbara O'Donnell*
                                                      Barbara O'Donnell, Esq.
                                                      SULLOWAY & HOLLIS PLLC
                                                      40 Westminster Street, Suite 201
                                                      Providence, RI 02903
                                                      bodonnell@sulloway.com
                                                      50 Cabot Street, Suite 204
                                                      Needham, MA 02494
                                                      (508) 612-8863

## CERTIFICATE OF SERVICE

    I, Barbara O'Donnell, hereby certify that on this 1st day of July 2021, I filed and served a copy of the foregoing Entry of Appearance on all parties to this action through the electronic filing system and by mailing same, postage prepaid, as follows:

*FOR PLAINTIFFS:*
Matthew S. Furman, Esq. (BBO# 679751)
mfurman@toddweld.com
David H. Rich, Esq. (BBO# 634275)
drich@toddweld.com
TODD & WELD, LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

*FOR DEFENDANT,* LANDMARK AMERICAN INSURANCE CO.:
William A. Rubert, Esq.
DEASEY, MAHONEY, VALENTINI, LTD.
1601 Market Street, Suite 3400
Philadelphia, PA 19103
(215) 587-9400
wrubert@dmvlawfirm.com

Russ Pollock, Esq. (BBO #564883)
Russ@bergstresser.com
Scott Heidorn, Esq. (BBO #661787)
Scott@bergstresser.com
BERGSTRESSER & POLLOCK, PC
52 Temple Place
Boston, MA 02111
(617) 682-9211

*FOR DEFENDANT*, FIRST MERCURY INSURANCE CO.:
Peter Hermes, Esq. (BBO #231840)
phermes@hermesnetburn.com
Patrick T. Ryan, Esq. (BBO #688585)
pryan@hermesnetburn.com
HERMES, NETBURN, O'CONNOR & SPEARING, PC.
265 Franklin Street, Suite 701
Boston, MA 02110
(617) 210-7733

*FOR DEFENDANT,* NAVIGATORS SPECIALTY INSURANCE CO.,
Kara Thorvaldsen, Esq. (BBO #660723)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
(617) 422-5323
kthorvaldsen@wilsonelser.com

David Simantob, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
555 South Flower Street Suite 2900
Los Angeles, CA 90071
(213) 330-8819 (Direct)
(213) 443-5100 (Main)
david.simantob@wilsonelser.com

                                               /s/ *Barbara O'Donnell*
                                               Barbara O'Donnell

# COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, SS | SUPERIOR COURT DEPARTMENT<br>OF THE TRIAL COURT |

JACE BOSTON, LLC and ARTHUR LEON,　　)
　　　　　　　　　　　　　　　　　　　　)
　　　*Plaintiffs,*　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　C.A. No.: 2184cv01056 **G**
LANDMARK AMERICAN INSURANCE CO.,　　)
AMERICAN SAFETY INDEMNITY CO.,　　　)
FIRST MERCURY INSURANCE CO., and　　)　　7/1/2021
NAVIGATORS SPECIALTY INSURANCE CO.,　)
　　　　　　　　　　　　　　　　　　　　)　　e-filed KG
　　　*Defendants.*　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

## ASSENTED-TO MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Mass. R. Civ. P. 6(b), the undersigned defendants hereby move, with the plaintiffs' consent, to extend their respective deadlines to file and serve their answers or other responsive pleadings to the plaintiffs' complaint in this action to and including August 4, 2021. In support of this motion, the defendants state as follows:

1. At various dates between June 11 and June 18, 2021, the plaintiffs' summons and complaint was served on the four (4) named defendants in this action, with the undersigned counsel subsequently retained to represent the defendants in this action;

2. To afford the defendants' respective counsel an adequate opportunity to obtain and review relevant information concerning the plaintiffs' asserted entitlement to coverage for the claims asserted in the underlying litigation, plaintiffs' counsel agreed to extend the defendants' respective deadlines to file their responses to the complaint to and including August 4, 2021;

3. None of the parties to this Action will be prejudiced by the Court's allowance of this motion.

DATED: July 1, 2021

Respectfully submitted,

*FOR DEFENDANT,*
AMERICAN SAFETY INDEMNITY CO.,

/s/ *Barbara O'Donnell*
Barbara O'Donnell, Esq.
SULLOWAY & HOLLIS PLLC
40 Westminster Street, Suite 201
Providence, RI 02903
bodonnell@sulloway.com
50 Cabot Street, Suite 204
Needham, MA 02494
(508) 612-8863

**ASSENTED TO:** *FOR PLAINTIFFS*
JACE BOSTON, LLC and ARTHUR LEON

*/s/ Matthew Furman*
Matthew S. Furman, Esq. (BBO# 679751)
mfurman@toddweld.com
David H. Rich, Esq. (BBO# 634275)
drich@toddweld.com
TODD & WELD, LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626


*FOR DEFENDANT,* LANDMARK AMERICAN INSURANCE CO.

/s/ *Russell X. Pollock*
Russell X. Pollock, Esq. (BBO #564883)
Russ@bergstresser.com
Scott M. Heidorn, Esq.  (BBO #661787)
Scott@bergstresser.com
BERGSTRESSER & POLLOCK, PC
52 Temple Place
Boston, MA 02111
(617) 682-9211

William A. Rubert, Esq. wrubert@dmvlawfirm.com
DEASEY, MAHONEY, VALENTINI, LTD.
1601 Market Street, Suite 3400
Philadelphia, PA 19103
(215) 587-9400

*FOR DEFENDANT*, FIRST MERCURY INSURANCE CO.

*/s/ Peter Hermes*
Peter Hermes, Esq. (BBO #231840)
phermes@hermesnetburn.com
Patrick T. Ryan, Esq. (BBO #688585)
pryan@hermesnetburn.com
HERMES, NETBURN, O'CONNOR & SPEARING, PC.
265 Franklin Street, Suite 701
Boston, MA 02110
(617) 210-7733

*FOR DEFENDANT,* NAVIGATORS SPECIALTY INSURANCE CO.,

/s/ *Kara Thorvaldsen*
Kara Thorvaldsen, Esq. (BBO #660723)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
(617) 422-5323
kthorvaldsen@wilsonelser.com

David Simantob, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
555 South Flower Street Suite 2900
Los Angeles, CA 90071
(213) 330-8819 (Direct)
(213) 443-5100 (Main)
david.simantob@wilsonelser.com

## **CERTIFICATE OF SERVICE**

      I, Barbara O'Donnell, hereby certify that on this 1st day of July 2021, I filed and served a copy of the foregoing Entry of Appearance on all parties to this action through the electronic filing system and by mailing same, postage prepaid, to each of the above-referenced counsel for the parties in this Action.

                                                     */s/ Barbara O'Donnell*
                                                     Barbara O'Donnell