**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JACE BOSTON, LLC  and ARTHUR LEON,<br>    Plaintiffs | No. |
| v. | (Removed from Suffolk Superior Court<br>No. 2184CV01056) |
| LANDMARK AMERICAN INSURANCE CO.,<br>AMERICAN SAFETY INDEMNITY CO., FIRST<br>MERCURY INSURANCE CO., and<br>NAVIGATORS SPECIALTY INSURANCE CO.,<br>    Defendants | |

## LIST OF PENDING MOTIONS AT TIME OF REMOVAL

As of July 7, 2021, the only pending motion in this action is the Assented-To Motion to

Extend Defendants' Time to Respond to Plaintiffs' Complaint dated July 1, 2021. A copy of the

motion is attached to the Notice of Removal as part of Exhibit 2.